UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK   Attorney: BALKO & ISRAEL, ESQS. - 714

---

SONIA TORRES ET AL

                                     Plaintiff(s)

- against -

THE CITY OF NEW YORK ET AL

                                     Defendant(s)

Index #: 08 CIV 7381

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 2, 2008 at 12:46 PM at

100 CHURCH STREET
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS & COMPLAINT on THE CITY OF NEW YORK, the defendant/respondent therein named.

    BY LEAVING A TRUE COPY WITH MADELYN SANTANA, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 37 | 5'5 | 140 |

Authorized to accept service by Legal Department.

Sworn to me on: September 2, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

SIEH CLARK
License #: 1187234
Docket #: 584582