USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:
SONIA TORRES, VALERIE ORTIZ, IRENE       :
RODRIGUEZ, ADAM RODRIGUEZ, JOSEPH        :
RODRIGUEZ SR., JOSEPH RODRIGUEZ JR.,     :    08 CIV. 7381 (DLC)
ANTHONY MAYA, and JOSE RIVERA,           :
:        ORDER
             Plaintiffs,                 :
:
     -v-                                 :
:
THE CITY OF NEW YORK and THE NEW YORK    :
CITY POLICE DEPARTMENT,                  :
:
             Defendants.                 :
:
---------------------------------------- X

DENISE COTE, District Judge:

Pursuant to a December 19, 2008 scheduling order, plaintiffs were required to amend their complaint by February 27, 2009 with the names of the defendants against whom they asserted claims for false arrest. No amendment or request for an extension having been filed, it is hereby

ORDERED that the complaint is dismissed with prejudice for failure to prosecute.

SO ORDERED:

Dated:   New York, New York
         March 9, 2009

                                   _____
                                        DENISE COTE
                                   United States District Judge